```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11812
    ANTHONY PIERRE KIDD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8388

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 07/02/2007 and was confirmed 10/11/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00            .00           .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    21659.98            .00           .00
CHASE AUTO FINANCE        SECURED VEHIC    21425.00         147.93       2587.67
GMAC                      SECURED VEHIC     5383.82          35.95        675.24
INTERNAL REVENUE SERVICE  PRIORITY          2984.25            .00           .00
NEXTEL                    UNSECURED       NOT FILED            .00           .00
AMEX                      UNSECURED       NOT FILED            .00           .00
CAPITAL ONE               UNSECURED          824.37            .00           .00
LHR INC                   UNSECURED         2262.48            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1037.93            .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED          179.00            .00           .00
PORTFOLIO RECOVERY        UNSECURED         5398.65            .00           .00
VILLAGE OF HAZEL CREST    UNSECURED          250.00            .00           .00
SEARS/CBSD                UNSECURED       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         1183.43            .00           .00
LHR INC                   UNSECURED             .00            .00           .00
CHASE AUTO FINANCE        UNSECURED         1059.73            .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,000.00                       621.45
TOM VAUGHN                TRUSTEE                                         290.76
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             4,359.00

PRIORITY                                         .00
SECURED                                     3,262.91
    INTEREST                                  183.88
UNSECURED                                        .00
ADMINISTRATIVE                                621.45

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11812 ANTHONY PIERRE KIDD
```

```
TRUSTEE COMPENSATION                                          290.76
DEBTOR REFUND                                                    .00
                                    ----------------   ----------------
TOTALS                                     4,359.00           4,359.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                         PAGE   2
         CASE NO. 07 B 11812 ANTHONY PIERRE KIDD